**No. 40115.**—Protests 792606–G, etc., of Pillsbury Flour Mills Co. (Buffalo).

Opinion by EVANS, J.   On the record presented the protests were overruled.

**No. 40116.**—Protests 709520–G, etc., of Pillsbury Flour Mills Co. (Buffalo).

Opinion by EVANS, J.   On the record presented the protests were overruled.

**No. 40117.**—Protest 959913–G of Vincenzo Sabella & Co. (New York).

Opinion by KEEFE, J.   On the authority of *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

**No. 40118.**—Protests 964917–G, etc., of June Dairy Products Co. et al. (New York).

Opinion by KEEFE, J.   It was found that the merchandise consisted of cheese similar to that the subject of *Locatelli* v. *United States* (T. D. 49389).   The protests were therefore sustained.

**No. 40119.**—Protests 954384–G, etc., of Ignaz Strauss & Co. (New York).

Opinion by KEEFE, J.   In accordance with stipulation of counsel and on the authority of *Kwong* v. *United States* (T. D. 49409) the wooden stands in question were held dutiable at 33⅓ percent under paragraph 412 as claimed.

**No. 40120.**—Protest 946683–G of Frank P. Dow Co. (Seattle).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

**No. 40121.**—Protests 951039–G, etc., of Geigy Co., Inc., et al. (New York).

Opinion by KEEFE, J.   On the records presented the protests were overruled.

**No. 40122.**—Protest 957533–G of Hoover Co. (Cleveland).

Opinion by KEEFE, J.   On the record presented the protest was overruled.

**No. 40123.**—Petitions 5548–R, etc., of W. F. Mackay (Noyes).

Opinion by KEEFE, J.   From the evidence the court was unable to find that the importer was without any intention to defraud the revenue.   The petitions were therefore denied.   *Schrikker* v. *United States* (13 Ct. Cust. Appls. 562, T. D. 41433), *Wolf* v. *United States* (id. 589, T. D. 41453), and *Lowe* v. *United States* (15 id. 418, T. D. 42590) cited.